**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| NATIONAL MGA INSURANCE, | ) | |
| ALLIANCE, INC. | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 5:19-cv-512 |
| | ) | |
| ILLINOIS MUTUAL LIFE | ) | |
| INSURANCE COMPANY | ) | |
| Defendant | ) | |

## NOTICE OF REMOVAL

Defendant Illinois Mutual Life Insurance Company ("Illinois Mutual" or "Defendant")
respectfully removes this action to the United States District Court for the Western District of
Texas, San Antonio Division.

## INTRODUCTION

1.     Plaintiff has filed a lawsuit against Illinois Mutual in the County Court at Law
No. 3 of Bexar County, Texas.  On May 9, 2019, Plaintiff amended its petition to add a cause of
action for breach of contract and a claim that it is entitled to "tens of thousands of dollars" in
attorney's fees.  In so doing, Plaintiff confirmed that the amount in controversy exceeds $75,000;
and because the parties are diverse, this Court has diversity jurisdiction.

## GROUNDS FOR REMOVAL

2.     This case is removable under 28 U.S.C. § 1441 based on federal diversity
jurisdiction existing under 28 U.S.C. § 1332:

a.   Plaintiff is and was at the time of the filing of the Plaintiff's Amended Petition, a citizen of Texas.  *See* Petition at ¶ III (Exhibit 1).[1]  Illinois Mutual is an Illinois citizen with its principal place of business in Illinois. *See* Original Petition at ¶ 1 (Exhibit 1). Although Plaintiff named Mark Oeschesner, allegedly a Texas resident, as a defendant in the Original Petition, no citation was ever issued for Mr. Oeschesner; he was not served with process; and he has not made an appearance in this suit.  *See generally* Exhibit 1.  Accordingly, Mr. Oeschesner should be disregarded for purposes of determining whether the parties are diverse.  *See, e.g., Reynolds v. Pers. Rep. of the Estate of Johnson*; 139 F.Supp. 3d 838 (W.D.Tex. 2015); *Doe v. GEO Grp., Inc.,* No. SA-16-CV-173-XR; 2016 U.S. Dist. LEXIS 67805 at *8 (W.D.Tex. May 24, 2016).

b.   Plaintiff alleges claims for tortious interference with contract, misappropriation of business opportunities, and breach of contract. *See* Amended Petition at ¶¶ 4-6 (Exhibit 1). Although Plaintiff alleges that its damages are not in excess of $50,000.00, it also contends it makes "an attorneys' fees claim of tens of thousands of dollars." Amended Petition at ¶ 3.  It is therefore apparent from an analysis of Plaintiff's allegations that the amount in controversy in this action exceeds the jurisdictional sum of $75,000.00.  *See St. Paul Reinsurance Co, Ltd. v. Greenberg*, 134 F.3d 1250, 1255 (5th Cir. 1998); *Allen v. R & H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir. 1995).

c.   Complete diversity of citizenship exists between Plaintiff and Illinois Mutual; and the amount in controversy exceeds $75,000.  This case, therefore, is removable based on diversity jurisdiction.

---

[1] Pursuant to 28 U.S.C. § 1446(a), Illinois Mutual has attached copies of all process, pleadings, or orders in the Bexar County Clerk's file as Exhibit 1 to this Notice of Removal.

4.     Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place where the removed action has been pending.  *See* 28 U.S.C. § 124(d)(4).

5.     Plaintiff's First Amended Petition was filed on May 10, 2019.  Illinois Mutual files this removal notice within the 30-day period required in 28 U.S.C § 1446(b)(3) and (c)(1).

6.     Pursuant to 28 U.S.C. § 1446(d), Illinois Mutual will promptly provide written notice of this removal to the County Clerk for Bexar County, Texas.

Respectfully submitted,


By:___/s/ Andrew F. MacRae_____
      ANDREW F. MACRAE
      *State Bar No. 00784510*
      LEVATINO|PACE PLLC
      O.P.1101 S. Capital of Texas Highway
      Building K, Suite 125
      Austin, Texas 78746
      Tel:  (512) 637-1581
      Fax:  (512) 637-1583

      Attorneys for Defendant Illinois Mutual
      Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal has been filed through the CM/ECF system on this 14th day of May, 2019. A copy of this Notice of Removal has also been forwarded via e-mail, to the following counsel of record:

    Larry Moreno
    Larry Moreno, P.C.
    P.O. Box 839
    Helotes, Texas 78023


           _____/s/ Andrew F. MacRae_____
             ANDREW F. MACRAE